# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

February 7, 2007

In Re:   Leon M. Sutton, Sr.
        MO Bar #50525
        3204 Harper Street
        St. Louis, MO 63107

404Mc256

Enclosed Order of the Missouri Supreme Court dated May 30, 2006.



# Supreme Court of Missouri

## en banc

May 30, 2006

In Re: Leon M. Sutton, Sr., )
)
Respondent. ) Supreme Court No. SC87525
) MBE #50525

### ORDER

Now at this day, the Court being sufficiently advised of and concerning the premises, and this cause having been fully briefed by Informant and Respondent having failed to file a brief and said cause having been submitted on the brief of Informant on May 10, 2006;

The Court does find that Respondent violated Rules 4-1.1, 4-1.3, 4-1.4, 4-1.15(a), 4-3.3(a)(1), 4-3.4(c), 4-5.5(b), 4-8.1(b), 4-8.4(c), 4-8.4(d), and 4-8.4(a) of the Rules of Professional Conduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said Leon M. Sutton, Sr., be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

It is further ordered that the said Leon M. Sutton, Sr., comply in all respects with 5.27 - Notification of Clients and Counsel.

Costs taxed to Respondent.

Day - to - Day

Michael A. Wolff
Chief Justice

STATE OF MISSOURI – SCT.:

I, THOMAS F. SIMON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 30th day of May, 2006, as fully as the same appears of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 30th day of May, 2006.

_____, Clerk

_____, D.C.